

**United States Department of Justice**

United States Attorney's Office

Western District of Texas - El Paso Division

---

*700 E. San Antonio Ave, Suite 200*   *Phone: (915) 534-6884*
*El Paso, Texas 79901*   *Facsimile: (915) 534-6024*

October 2, 2019

United States District Clerk's Office
Western District of Texas
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

   **Re:** **U.S. v.** **Maciel Belmiro and**
         **Chellima Ribeiro-Silva**
         **19-MJ-08729-LS**

Dear Sir or Madam:

  This is to advise you that the undersigned Assistant United States Attorney is currently the attorney assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith.  Please update your records to accurately reflect this information.

  Thank you for your attention to this matter.

        Sincerely,

        JOHN F. BASH
        UNITED STATES ATTORNEY

       By: _____/s/_____
        Steve Jurecky
        Assistant United States Attorney



**United States Department of Justice**

United States Attorney's Office

Western District of Texas - El Paso Division

---

*700 E. San Antonio Ave, Suite 200*   *Phone: (915) 534-6884*
*El Paso, Texas 79901*   *Facsimile: (915) 534-6024*

October 2, 2019

United States District Clerk's Office
Western District of Texas
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

      **Re:**     **U.S. v.  Chellima Ribeiro-Silva**
                 **19-MJ-08729-LS**

Dear Sir or Madam:

      This is to advise you that the undersigned Assistant United States Attorney is currently the attorney assigned to represent the United States in the above-entitled and numbered cause on all matters forthwith.  Please update your records to accurately reflect this information.

      Thank you for your attention to this matter.

                    Sincerely,

                    JOHN F. BASH
                    UNITED STATES ATTORNEY

          By:   _____/s/_____
              Steve Jurecky
              Assistant United States Attorney